IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vasiliadis, Peter John

Printed: 12/13/07

Case Number: 04 B 15500
Judge: Goldgar, A. Benjamin
Filed: 4/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 7, 2007
Confirmed: July 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,000.00 |  |
| Secured: |  | 5,880.00 |
| Unsecured: |  | 8,509.86 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 910.14 |
| Other Funds: |  | 0.00 |
| Totals: | 18,000.00 | 18,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Manhattan | Secured | 5,940.21 | 5,880.00 |
| 3. | ECast Settlement Corp | Unsecured | 488.34 | 742.07 |
| 4. | RoundUp Funding LLC | Unsecured | 1,950.97 | 2,964.68 |
| 5. | Chase Manhattan | Unsecured | 301.73 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 1,537.46 | 2,336.29 |
| 7. | ECast Settlement Corp | Unsecured | 891.34 | 1,354.47 |
| 8. | Capital One | Unsecured | 116.40 | 176.90 |
| 9. | Resurgent Capital Services | Unsecured | 615.60 | 935.45 |
| 10. | Flagstar Bank | Secured |  | No Claim Filed |
| 11. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,542.05 | $ 17,089.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 100.00 |
| 6.5% | 255.00 |
| 3% | 30.46 |
| 5.5% | 235.66 |
| 5% | 70.11 |
| 4.8% | 104.98 |
| 5.4% | 113.93 |
|  | $ 910.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Vasiliadis, Peter John | Case Number:  04 B 15500 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  12/13/07 | Filed:  4/20/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

